reargument of motion to dismiss appeal granted; and on reargument, it appearing that plaintiff has obtained an award of alimony in a pending separation action, the provision requiring security pending the appeal herein is canceled. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN M. BIGGINS, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GENTILE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, on the ground that leave is unnecessary. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GILCHRIST, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR PATTERSON, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIE WILLIAMS, Appellant.— Motion to resettle order of reversal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ABRAHAM I. REITZES, Appellant, v. VINCENT BOVIO, Respondent.— Motion for stay granted on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ELY ROSENBERG, etc., Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants. HANNAH SULLIVAN, as Receiver, etc., Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

ELY ROSENBERG, etc., Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants. HANNAH SULLIVAN, as Receiver, etc., Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

WILLIAM SCHALL and Others, Copartners, etc., Appellants, v. BYRON R. NEWTON and UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondents.— Motion for reargument granted, and, upon such reargument, order resettled so as to provide that the reversal was made upon questions of law only. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice before Mr. Justice Kapper.

WILLIAM SCHALL and Others, Copartners, etc., Appellants, v. BYRON R. NEWTON and UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondents.— Motion for resettlement of order granted, so as to provide for allowance of interest from